IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFREY-ALLEN: HILL-YISRA'EL, Owner and Holder in Due Course of The Trademark Jeffrey Allen Hill ® SM, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH PAXTON, Attorney: General of the State of Texas; STATE OF TEXAS; and JOHN AND JANE DOES, <br><br> Defendant. | * <br> * <br> Case No. 5:24-cv-00059-CAR <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of April, 2024.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk